PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED

APR 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Colleen Ann Cullen**

**Docket No. 0:01CR00252-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Colleen Ann Cullen** who was sentenced for Wire Fraud on July 25, 2002, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mental Health Treatment
- No Gambling

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall be prohibited from participation in any form of gambling. The defendant shall not enter any casino or gambling establishment. This prohibition includes but is not limited to charitable gambling, wagering, pull tabs, lottery, and lottery scratch-off games.

According to Chapter 13 information filed on February 22, 2006, the defendant admittedly had gambling losses of $5,000 in 2005. On March 8, 2006, the defendant admitted to additional gambling losses of $1,500.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of up to 150 days in a home detention program which may include electronic monitoring.

SCANNED
APR 6 2006
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 5th day of ~~March~~ April 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on March 24, 2006
Place St. Paul