Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Colleen Ann Cullen

Docket No. 0:01CR00252-001

RECEIVED
APR 6 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## HEARING WAIVER

I, Colleen Ann Cullen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of up to 150 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: [signature]
Colleen Ann Cullen
Supervised Releasee

Witness: [signature]
Lisa L. Martinetto
U.S. Probation Officer

Dated: 3-10-06

SCANNED
APR 6 2006
U.S. DISTRICT COURT MPLS